GINO GUGLIELMONI, Respondent, v. ARNOLD M. DIAMOND, Appellant, and Another, Defendant.— Motion referred to the court that rendered the decision. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ. Motion for reargument granted and upon reargument the decision of this court handed down March 23, 1942 [263 App. Div. 1012], is amended to read as follows: Order granting plaintiff's motion to discontinue the action reversed on the law and the facts and the motion denied, with ten dollars costs and disbursements to abide the event. The case comes within the exceptions to the general rule that a plaintiff is entitled to discontinue an action upon appropriate terms, as a consequence of the appellant being entitled to affirmative relief because of the counterclaim. (Hayes v. 255-79th Realty Corp., 257 App. Div. 1048.) The trial will proceed before Hon. Selah B. Strong, official referee, on ten days' notice. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.. concur.

In the Matter of ANGELO COGLIANO, an Attorney and Counselor at Law.— Motion for reinstatement as an attorney and counselor at law granted. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of JOSEPH E. LEVINE, a Bankrupt, Appellant, to Have a Certain Judgment in Favor of JACK LEVINE, Respondent, Canceled of Record.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ALLEN R. TAFT, Admitted as an Attorney under the Name of ALLEN R. TAFFT, Respondent.— The respondent represented one party and then the other in the same action. In the light of the circumstances disclosed by the record, the court limits its discipline to a censure, hereby administered. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

KENIN AND POSNER, INC., a Domestic Corporation, Respondent, v. FLORENCE TERRACE, Appellant.— Motion for reargument of motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

ROBERT H. MACKIBBIN, Respondent, v. WILSON & ENGLISH CONSTRUCTION COMPANY, Defendant, and R. B. HAMILTON TRUCKING COMPANY, INC., Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

MINNIE MANCHIK, Respondent, Appellant, v. PINELAWN CEMETERY, Respondent, and TOWN OF BABYLON, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. The record failed to show that the land was held for a public purpose and hence was not exempt from taxation. (Village of Watkins Glen v. Hager, 140 Misc. 816; affd., 234 App. Div. 904; County of Herkimer v. Village of Herkimer, 251 id. 126.) Present — Carswell, Johnston, Adel and Taylor, JJ.; Lazansky, P. J., not voting.